The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE TIMES COMPANY, and CHARLES COBBS,<br><br>Defendants. | CASE NO. 2:18-cv-00537-JLR<br><br>STIPULATED MOTION [AND ORDER] EXTENDING INITIAL SCHEDULING DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>**MAY 14, 2018** |



Plaintiff Johnny B. Delashaw, Jr. ("Plaintiff") and Defendants Seattle Times Company ("Seattle Times") and Charles Cobbs ("Cobbs") (collectively, the "Parties"), jointly and respectfully request that the Court extend the current initial scheduling dates as set forth below.

Under the current schedule, the Parties are to conduct the FRCP 26(f) Conference by May 11, 2018, submit Initial Disclosures Pursuant to FRCP 26(a)(1) by May 25, 2018, and submit a Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and LCR 26(f) by June 1, 2018.

Defendant Seattle Times Company was served on April 10, 2018 and a Waiver of Service of Summons (Dkt. 3) was filed on April 12, 2018, allowing Defendant Seattle Times Company sixty (60) days to answer or file a motion under Rule 12. Defendant Charles Cobbs was served on April 10, 2018 and a Waiver of Service of Summons (Dkt. 9) was filed on April 30, 2018,

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DEADLINES - 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

allowing Defendant Charles Cobbs sixty (60) days to answer or file a motion under Rule 12. Defendants' deadline to respond to the Complaint is June 10, 2018.

The Parties have agreed it would be more productive for them and the Court if the FRCP 26(f) conference occurred, and the Initial Disclosures and Combined Joint Status Report and Discovery Plan were submitted, after the Defendants have had an opportunity to answer or otherwise respond to the Complaint. The Parties jointly request that these deadlines be revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/18/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 7/2/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/9/2018 |

The Parties agree that no prejudice will be incurred by either side, and judicial economy will be served, if this joint request is granted.

STIPULATED AND AGREED TO this 14th day of May, 2018.

| HARRIGAN LEYH FARMER & THOMSEN LLP<br>Attorneys for Plaintiff<br><br>By s/ Arthur W. Harrigan, Jr.<br>Arthur W. Harrigan, Jr.<br>Tyler L. Farmer<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Ste. 4400<br>Seattle, WA 98104<br>Telephone: (206) 623-1700<br>Email: arthurh@harriganleyh.com<br>tylerf@harriganleyh.com | SUMMIT LAW GROUP PLLC<br>Attorneys for Defendant Seattle Times Company<br><br>By s/ Jessica L. Goldman<br>Jessica L. Goldman, WSBA #21856<br>Christopher T. Wion, WSBA #33207<br>Teresa R. Rodela, Bar Number Pending<br>Summit Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>Telephone: (206) 676-7000<br>Email: jessicag@summitlaw.com<br>chrisw@summitlaw.com<br>teresar@summitlaw.com |

STIPULATED MOTION EXTENDING INITIAL SCHEDULING DEADLINES - 2
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

MCNAUL EBEL NAWROT & HELGREN PLLC
Attorneys for Defendant Charles Cobbs

By s/ *Jehiel I. Baer*
Malaika M. Eaton
Jehiel I. Baer
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Ste. 2700
Seattle, WA 98101
Telephone (206) 467-1816
Email: meaton@mcnaul.com
jbaer@mcnaul.com

## ORDER

Based on the foregoing Stipulated Motion, the Court orders that the Stipulated Motion Extending Initial Scheduling Deadlines is GRANTED. The Initial Scheduling Dates are continued as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/18/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 7/2/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/9/2018 |

IT IS SO ORDERED.

Dated this 15th day of May, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

/ /

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DEADLINES - 3
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Defendant Seattle Times Company

By s/ *Jessica L. Goldman*
Jessica L. Goldman, WSBA #21856
Christopher T. Wion, WSBA #33207
Teresa R. Rodela, Bar Number Pending
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Email: *jessicag@summitlaw.com*
*chrisw@summitlaw.com*
teresar@summitlaw.com

HARRIGAN LEYH FARMER & THOMSEN LLP
Attorneys for Plaintiff

By s/ *Arthur W. Harrigan, Jr.*
Arthur W. Harrigan, Jr.
Tyler L. Farmer
Harrigan Leyh Farmer & Thomsen LLP
999 Third Avenue, Ste. 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Email: *arthurh@harriganleyh.com*
*tylerf@harriganleyh.com*

MCNAUL EBEL NAWROT & HELGREN PLLC
Attorneys for Defendant Charles Cobbs

By s/ *Jehiel I. Baer*
Malaika M. Eaton
Jehiel I. Baer
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Ste. 2700
Seattle, WA 98101
Telephone (206) 467-1816
Email: *meaton@mcnaul.com*
*jbaer@mcnaul.com*

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DEADLINES - 4
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiff*
Arthur W. Harrigan, Jr.
Tyler L. Farmer
Harrigan Leyh Farmer & Thomsen LLP
999 Third Avenue, Ste. 4400
Seattle, WA 98104
Email: *arthurh@harriganleyh.com*
*tylerf@harriganleyh.com*

*Attorneys for Plaintiff*
Irwin H. Schwartz
Law Offices of Irwin H. Schwartz
999 Third Avenue, Ste. 4400
Seattle, WA 98104
Email: *irwin@ihschwartz.com*

*Attorneys for Defendant Charles Cobbs*
Malaika M. Eaton
Jehiel I. Baer
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Ste. 2700
Seattle, WA 98101
Email: *meaton@mcnaul.com*
*jbaer@mcnaul.com*

DATED this 14th day of May, 2018.

*s/ Katie Angelikis*
Katie Angelikis

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DEADLINES - 5
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001