THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE TIMES COMPANY, and CHARLES COBBS,<br><br>Defendants. | Case No. 18-cv-00537-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO STRIKE SEATTLE TIMES COMPANY'S MOTION TO DISMISS<br><br>**NOTE ON MOTION CALENDAR:**<br>**JUNE 26, 2018** |

Plaintiff Johnny B. Delashaw, Jr. (Dr. Delashaw) and Defendant Seattle Times Company (Seattle Times) jointly request that the Court strike the Seattle Times' motion to dismiss Dr. Delashaw's complaint (Dkt. #17), subject to the Seattle Times' right to renew its motion or file a response the Seattle Times deems to be appropriate based on Dr. Delashaw's amended complaint, which Dr. Delashaw filed on June 25, 2018.

Dr. Delashaw filed his original complaint on April 11, 2018 (Dkt. #1). The Seattle Times moved to dismiss Dr. Delashaw's complaint on June 7, 2018 (Dkt. #17). Dr. Delashaw timely filed an amended complaint pursuant to FRCP 15(a)(1)(B) on June 25, 2018.

The Parties agree that no prejudice will be incurred by either side, and judicial economy will be served, if this joint request is granted.

STIPULATED MOTION AND [PROPOSED] ORDER TO
STRIKE SEATTLE TIMES COMPANY'S MOTION TO
DISMISS - 1
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

STIPULATED AND AGREED TO this 26th day of June, 2018.

HARRIGAN LEYH FARMER & THOMSEN LLP
Attorneys for Johnny B. Delashaw, Jr.

By: *s/ Arthur W. Harrigan, Jr.*
　　Arthur W. Harrigan, Jr., WSBA #1751

By: *s/ Tyler L. Farmer*
　　Tyler L. Farmer, WSBA #39912

By: *s/ Kristin E. Ballinger*
　　Kristin E. Ballinger, WSBA #28253

Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Kristin E. Ballinger, WSBA #28253
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel:　(206) 623-1700
Fax:　(206) 623-8717
Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com

LAW OFFICES OF IRWIN H. SCHWARTZ
Attorneys for Johnny B. Delashaw, Jr.

By: *s/ Irwin H. Schwartz*
　　Irwin H. Schwartz, WSBA #4769
　　999 Third Avenue, Suite 4400
　　Seattle, WA 98104
　　Tel:　(206) 623-5084
　　Email: irwin@ihschwartz.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
STRIKE SEATTLE TIMES COMPANY'S MOTION TO
DISMISS - 2
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

SUMMIT LAW GROUP PLLC
Attorneys for Defendant Seattle Times Company

By: *s/* Jessica L. Goldman
Jessica L. Goldman, WSBA #21856

By: *s/* Christopher T. Wion
Christopher T. Wion, WSBA #33207

By: *s/* Teresa R. Rodela
Teresa R. Rodela, WSBA #53571

Jessica L. Goldman, WSBA #21856
Christopher T. Wion, WSBA #33207
Teresa R. Rodela, WSBA #53571
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000
Fax: (206) 676-7001
Email: jessicag@summitlaw.com
Email: chrisw@summitlaw.com
Email: teresar@summitlaw.com

## [~~PROPOSED~~] ORDER

Based on the foregoing Stipulated Motion, the Court strikes the Seattle Times' motion to dismiss Dr. Delashaw's complaint (Dkt. #17), subject to the Seattle Times' right to renew its motion or file a response the Seattle Times deems to be appropriate based on Dr. Delashaw's amended complaint

IT IS SO ORDERED.

DATED this 26th day of June, 2018

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER TO
STRIKE SEATTLE TIMES COMPANY'S MOTION TO
DISMISS - 3
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1 | Presented by:

2 | HARRIGAN LEYH FARMER & THOMSEN LLP
Attorneys for Johnny B. Delashaw, Jr.

3

4 | By: _s/ Arthur W. Harrigan, Jr._
Arthur W. Harrigan, Jr., WSBA #1751

5 | By: _s/ Tyler L. Farmer_
Tyler L. Farmer, WSBA #39912

6

7 | By: _s/ Kristin E. Ballinger_
Kristin E. Ballinger, WSBA #28253

8

9 | Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Kristin E. Ballinger, WSBA #28253
10 | 999 Third Avenue, Suite 4400
Seattle, WA 98104
11 | Tel: (206) 623-1700
Fax: (206) 623-8717
12 | Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
13 | Email: kristinb@harriganleyh.com

14

15 | LAW OFFICES OF IRWIN H. SCHWARTZ
Attorneys for Johnny B. Delashaw, Jr.

16

17 | By: _s/ Irwin H. Schwartz_
Irwin H. Schwartz, WSBA #4769
999 Third Avenue, Suite 4400
18 | Seattle, WA 98104
Tel: (206) 623-5084
19 | Email: irwin@ihschwartz.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
STRIKE SEATTLE TIMES COMPANY'S MOTION TO
DISMISS - 4
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1  SUMMIT LAW GROUP PLLC
   Attorneys for Defendant Seattle Times Company
2
3  By: *s/* Jessica L. Goldman
       Jessica L. Goldman, WSBA #21856
4
   By: *s/* Christopher T. Wion
5      Christopher T. Wion, WSBA #33207

6  By: *s/* Teresa R. Rodela
       Teresa R. Rodela, WSBA #53571
7
   Jessica L. Goldman, WSBA #21856
8  Christopher T. Wion, WSBA #33207
   Teresa R. Rodela, WSBA #53571
9  315 Fifth Avenue South, Suite 1000
   Seattle, WA 98104
10 Tel: (206) 676-7000
   Fax: (206) 676-7001
11 Email: jessicag@summitlaw.com
   Email: chrisw@summitlaw.com
12 Email: teresar@summitlaw.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
STRIKE SEATTLE TIMES COMPANY'S MOTION TO
DISMISS - 5
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717