THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY B. DELASHAW, JR.,

Plaintiff,

v.

SEATTLE TIMES COMPANY, and CHARLES COBBS,

Defendants.

Case No. 18-cv-00537-JLR

STIPULATED MOTION AND [PROPOSED] ORDER TO MOOT CHARLES COBBS' MOTION TO DISMISS

**NOTE ON MOTION CALENDAR:**
**JUNE 29, 2018**

On June 25, 2018, Plaintiff Johnny B. Delashaw, Jr. (Dr. Delashaw) filed an Amended Complaint (Dkt. # 20) by right (not by stipulation) pursuant to Rule 15(a)(1)(B). Dr. Delashaw and Defendant Charles Cobbs (Dr. Cobbs) submit this stipulation to inform the Court that, in light of the filing of the Amended Complaint, they agree that Dr. Cobbs' pending motion to dismiss Dr. Delashaw's original complaint (Dkt. #19) is moot, that neither Dr. Delashaw nor Dr. Cobbs plans to file responsive briefing on the pending motion, and that Dr. Cobbs' response to the Amended Complaint (in whatever form Dr. Cobbs elects) is due by July 9. The Parties agree that no prejudice will be incurred by either side, and judicial economy will be served, if this joint request is granted.

STIPULATED MOTION AND [PROPOSED] ORDER TO
MOOT CHARLES COBBS' MOTION TO DISMISS - 1
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

STIPULATED AND AGREED TO this 29th day of June, 2018.

        HARRIGAN LEYH FARMER & THOMSEN LLP
        Attorneys for Johnny B. Delashaw, Jr.

        By: _s/ Arthur W. Harrigan, Jr._
           Arthur W. Harrigan, Jr., WSBA #1751

        By: _s/ Tyler L. Farmer_
           Tyler L. Farmer, WSBA #39912

        By: _s/ Kristin E. Ballinger_
           Kristin E. Ballinger, WSBA #28253

        Arthur W. Harrigan, Jr., WSBA #1751
        Tyler L. Farmer, WSBA #39912
        Kristin E. Ballinger, WSBA #28253
        999 Third Avenue, Suite 4400
        Seattle, WA 98104
        Tel:  (206) 623-1700
        Fax:  (206) 623-8717
        Email: arthurh@harriganleyh.com
        Email: tylerf@harriganleyh.com
        Email: kristinb@harriganleyh.com

        LAW OFFICES OF IRWIN H. SCHWARTZ
        Attorneys for Johnny B. Delashaw, Jr.

        By: _s/ Irwin H. Schwartz_
           Irwin H. Schwartz, WSBA #4769
           999 Third Avenue, Suite 4400
           Seattle, WA 98104
           Tel:  (206) 623-5084
           Email: irwin@ihschwartz.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
MOOT CHARLES COBBS' MOTION TO DISMISS - 2
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

MCNAUL EBEL NAWROT & HELGREN PLLC
Attorneys for Defendant Charles Cobbs

By: *s/* Malaika M. Eaton
    Malaika M. Eaton, WSBA #32837

By: *s/* Jehiel I. Baer
    Jehiel I. Baer, WSBA #46951

Malaika M. Eaton, WSBA #32837
Jehiel I. Baer, WSBA #46951
600 University St., Ste 2700
Seattle, WA 98101-3143
Telephone: (206) 467-1816
Email: meaton@mcnaul.com
Email: jbaer@mcnaul.com


SOMERVILLE, LLC
Attorneys for Defendant Charles Cobbs

By: *s/* John Q. Somerville
    John Q. Somerville, *Pro Hac Vice*
    300 Richard Arrington Jr. Blvd North, Ste 710
    Birmingham, AL 35203
    Telephone: (205) 871-2183
    Email: JQS@Somervillellc.com

[~~PROPOSED~~] ORDER

Based on the foregoing Stipulated Motion, the Court finds that Dr. Cobbs' motion to dismiss Dr. Delashaw's complaint (Dkt. #19) is moot and that no further briefing or hearing on that motion shall occur. The Court's finding is without prejudice to any party's right to respond as that party deems appropriate based on Dr. Delashaw's amended complaint.

IT IS SO ORDERED.

Dated this 2nd day of July, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
MOOT CHARLES COBBS' MOTION TO DISMISS - 3
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1  Presented by:

2  HARRIGAN LEYH FARMER & THOMSEN LLP
   Attorneys for Johnny B. Delashaw, Jr.
3
   By: *s/* Arthur W. Harrigan, Jr.
4      Arthur W. Harrigan, Jr., WSBA #1751

5  By: *s/* Tyler L. Farmer
       Tyler L. Farmer, WSBA #39912
6
7  By: *s/* Kristin E. Ballinger
       Kristin E. Ballinger, WSBA #28253
8
   Arthur W. Harrigan, Jr., WSBA #1751
9  Tyler L. Farmer, WSBA #39912
   Kristin E. Ballinger, WSBA #28253
10 999 Third Avenue, Suite 4400
   Seattle, WA 98104
11 Tel:  (206) 623-1700
   Fax:  (206) 623-8717
12 Email: arthurh@harriganleyh.com
   Email: tylerf@harriganleyh.com
13 Email: kristinb@harriganleyh.com

14
15 LAW OFFICES OF IRWIN H. SCHWARTZ
   Attorneys for Johnny B. Delashaw, Jr.
16
   By: *s/* Irwin H. Schwartz
17     Irwin H. Schwartz, WSBA #4769
       999 Third Avenue, Suite 4400
18     Seattle, WA 98104
       Tel:  (206) 623-5084
19     Email: irwin@ihschwartz.com

20
21
22
23
24
25

STIPULATED MOTION AND [PROPOSED] ORDER TO
MOOT CHARLES COBBS' MOTION TO DISMISS - 4
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

MCNAUL EBEL NAWROT & HELGREN PLLC
Attorneys for Defendant Charles Cobbs

By: *s/* Malaika M. Eaton
 Malaika M. Eaton, WSBA #32837

By: *s/* Jehiel I. Baer
 Jehiel I. Baer, WSBA #46951

 Malaika M. Eaton, WSBA #32837
 Jehiel I. Baer, WSBA #46951
 600 University St., Ste 2700
 Seattle, WA 98101-3143
 Telephone: (206) 467-1816
 Email: meaton@mcnaul.com
 Email: jbaer@mcnaul.com

SOMERVILLE, LLC
Attorneys for Defendant Charles Cobbs

By: *s/* John Q. Somerville
 John Q. Somerville, *Pro Hac Vice*
 300 Richard Arrington Jr. Blvd North, Ste 710
 Birmingham, AL 35203
 Telephone: (205) 871-2183
 Email: JQS@Somervillellc.com

STIPULATED MOTION AND [PROPOSED] ORDER TO MOOT CHARLES COBBS' MOTION TO DISMISS - 5
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717