THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | Case No. 18-cv-00537-JLR <br><br> STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PLAINTIFF'S AMENDED COMPLAINT <br><br> **NOTE ON MOTION CALENDAR: JULY 9, 2018** |

## I.  INTRODUCTION

Plaintiff Johnny B. Delashaw, Jr. (Dr. Delashaw), Defendant Charles Cobbs (Dr. Cobbs), and Defendant Seattle Times Company (Seattle Times) jointly request the Court seal Dr. Delashaw's Amended Complaint (Dkt. #20).

## II.  BACKGROUND

Dr. Delashaw filed his Amended Complaint on June 25, 2018. Dr. Cobbs notified Dr. Delashaw on July 2 that two sentences in the Amended Complaint reference and quote a document that had been inadvertently produced to Dr. Delashaw in a state regulatory proceeding, which Dr. Cobbs had timely clawed back on the basis of a work-product claim. The parties agree that this document was inadvertently produced, information from this document was inadvertently included

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 1
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

in Dr. Delashaw's Amended Complaint, and that Dr. Cobbs did not waive his work-product claim regarding this document by inadvertently producing it. In response to Dr. Cobb's July 2 notification, Dr. Delashaw filed a praecipe on July 6 and attached a corrected Amended Complaint to take the place of the original Amended Complaint (Dkt. #25).

## III. ARGUMENT

"[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016). FRCP 5.2(d) and LCR 5(g) govern the sealing of filings containing confidential or sensitive information. LCR 5(g)(3) requires a motion to seal a document to include:

> (A) a certification that the party has met and conferred with all other parties in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal; this certification must list the date, manner, and participants of the conference;
>
> (B) a specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of:
>  i. the legitimate private or public interests that warrant the relief sought;
>  ii. the injury that will result if the relief sought is not granted; and
>  iii. why a less restrictive alternative to the relief sought is not sufficient

The parties certify that Tyler L. Farmer (counsel for Dr. Delashaw), Malaika M. Eaton and John Q. Somerville (counsel for Dr. Cobbs), and Jessica L. Goldman (counsel for the Seattle Times) met and conferred telephonically regarding this issue on July 3 and subsequently agreed the original Amended Complaint should be sealed to preserve the confidentiality of information subject to Dr. Cobb's work-product claim, that no other material needs to be filed under seal at this time, and that redaction and other alternative methods were unsuitable in the context of a pleading that had already been filed.

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 2
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

Dr. Delashaw's original Amended Complaint should be sealed because (i) doing so will protect Dr. Cobb's interest in preserving the confidentiality of information subject to his work-product claim; (ii) leaving the original Amended Complaint unsealed will undermine that interest; and (iii) alternative means of protecting that interest, such as redaction, cannot be readily applied to a document that has already been filed.

Accordingly, Dr. Delashaw, Dr. Cobbs, and the Seattle Times jointly request the Court seal Dr. Delashaw's original Amended Complaint (Dkt. #20) to preserve the confidentiality of information subject to Dr. Cobb's work-product claim. While the parties believe the Court has authority to seal documents that have already been filed, if the Court concludes otherwise, the parties ask the Court to strike Dr. Delashaw's original Amended Complaint from the docket. Whether Dr. Delashaw's original Amended Complaint is sealed or struck, the parties ask the Court to find that Dr. Delashaw's corrected Amended Complaint (Dkt. #25) is the operative complaint at this time. The Parties agree that no prejudice will be incurred by either side if this joint request is granted.

## IV. CONCLUSION

For the foregoing reasons, Dr. Delashaw, Dr. Cobbs, and the Seattle Times respectfully request that this Court seal Dr. Delashaw's original Amended Complaint (Dkt. # 20) and find that Dr. Delashaw's corrected Amended Complaint (Dkt. #25) is the operative complaint.

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PLAINTIFF'S AMENDED COMPLAINT - 3
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

DATED this 9th day of July, 2018.

HARRIGAN LEYH FARMER & THOMSEN LLP
Attorneys for Johnny B. Delashaw, Jr.

By: _s/ Arthur W. Harrigan, Jr._
By: _s/ Tyler L. Farmer_
By: _s/ Kristin E. Ballinger_
 Arthur W. Harrigan, Jr., WSBA #1751
 Tyler L. Farmer, WSBA #39912
 Kristin E. Ballinger, WSBA #28253
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 Tel: (206) 623-1700
 Fax: (206) 623-8717
 Email: arthurh@harriganleyh.com
 Email: tylerf@harriganleyh.com
 Email: kristinb@harriganleyh.com

LAW OFFICES OF IRWIN H. SCHWARTZ
Attorneys for Johnny B. Delashaw, Jr.

By: _s/ Irwin H. Schwartz_
 Irwin H. Schwartz, WSBA #4769
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 Tel: (206) 623-5084
 Email: irwin@ihschwartz.com

SUMMIT LAW GROUP PLLC
Attorneys for Defendant Seattle Times Company

By: _s/ Jessica L. Goldman_
By: _s/ Christopher T. Wion_
By: _s/ Teresa R. Rodela_
 Jessica L. Goldman, WSBA #21856
 Christopher T. Wion, WSBA #33207
 Teresa R. Rodela, WSBA #53571
 315 Fifth Avenue South, Suite 1000
 Seattle, WA 98104
 Tel: (206) 676-7000
 Fax: (206) 676-7001
 Email: jessicag@summitlaw.com
 Email: chrisw@summitlaw.com
 Email: teresar@summitlaw.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 4
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

McNAUL EBEL NAWROT & HELGREN PLLC
Attorneys for Defendant Charles Cobbs

By: *s/ Malaika M. Eaton*
By: *s/ Jehiel I. Baer*
   Malaika M. Eaton, WSBA No. 32537
   Jehiel I. Baer, WSBA No. 46951
   600 University Street, Suite 2700
   Seattle, WA 98101
   Tel: (206) 467-1816
   Fax: (206) 624-5128
   Email: meaton@mcnaul.com
   Email: jbaer@mcnaul.com

SOMERVILLE, LLC
Attorney for Defendant Charles Cobbs

By: *s/ John Q. Somerville*
   John Q. Somerville, ASB-2342-E68
   300 Richard Arrington Jr. Blvd. North, Ste. 710
   Birmingham, AL 35203
   Tel: (205) 871-2183
   Fax: (205) 871-2184
   Email: jqs@somervillellc.com

## [PROPOSED] ORDER

Based on the foregoing Stipulated Motion, the Court orders the clerk to seal Dr. Delashaw's original Amended Complaint (Dkt. #20). Dr. Delashaw's corrected Amended Complaint (Dkt. #25) is Plaintiff's operative complaint.

IT IS SO ORDERED

DATED this 9th day of July, 2018.

                      THE HONORABLE JAMES L. ROBART
                      UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 5
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1 | Presented by:

2 | HARRIGAN LEYH FARMER & THOMSEN LLP
Attorneys for Johnny B. Delashaw, Jr.

3 |

4 | By: _s/ Arthur W. Harrigan, Jr._
By: _s/ Tyler L. Farmer_

5 | By: _s/ Kristin E. Ballinger_
   Arthur W. Harrigan, Jr., WSBA #1751

6 |    Tyler L. Farmer, WSBA #39912
   Kristin E. Ballinger, WSBA #28253

7 |    999 Third Avenue, Suite 4400
   Seattle, WA 98104

8 |    Tel:  (206) 623-1700
   Fax:  (206) 623-8717

9 |    Email: arthurh@harriganleyh.com
   Email: tylerf@harriganleyh.com

10 |   Email: kristinb@harriganleyh.com

11 |

12 | LAW OFFICES OF IRWIN H. SCHWARTZ
Attorney for Johnny B. Delashaw, Jr.

13 |

14 | By: _s/ Irwin H. Schwartz_
   Irwin H. Schwartz, WSBA #4769

15 |   999 Third Avenue, Suite 4400
   Seattle, WA 98104

16 |   Tel:  (206) 623-5084
   Email: irwin@ihschwartz.com

17 | SUMMIT LAW GROUP PLLC
Attorneys for Defendant Seattle Times Company

18 |

19 | By: _s/ Jessica L. Goldman_
By: _s/ Christopher T. Wion_

20 | By: _s/ Teresa R. Rodela_
   Jessica L. Goldman, WSBA #21856

21 |   Christopher T. Wion, WSBA #33207
   Teresa R. Rodela, WSBA #53571

22 |   315 Fifth Avenue South, Suite 1000
   Seattle, WA 98104

23 |   Tel: (206) 676-7000
   Fax: (206) 676-7001

24 |   Email: jessicag@summitlaw.com
   Email: chrisw@summitlaw.com

25 |   Email: teresar@summitlaw.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 6
(Case No. 18-cv-00537-JLR)

1  McNAUL EBEL NAWROT & HELGREN PLLC
   Attorneys for Defendant Charles Cobbs

2

3  By: *s/ Malaika M. Eaton*
   By: *s/ Jehiel I. Baer*
4      Malaika M. Eaton, WSBA No. 32537
       Jehiel I. Baer, WSBA No. 46951
5      600 University Street, Suite 2700
       Seattle, WA 98101
6      Tel: (206) 467-1816
       Fax: (206) 624-5128
7      Email: meaton@mcnaul.com
       Email: jbaer@mcnaul.com
8
   SOMERVILLE, LLC
9  Attorney for Defendant Charles Cobbs

10
   By: *s/ John Q. Somerville*
11     John Q. Somerville, ASB-2342-E68
       300 Richard Arrington Jr. Blvd. North, Ste. 710
12     Birmingham, AL 35203
       Tel: (205) 871-2183
13     Fax: (205) 871-2184
       Email: jqs@somervillellc.com
14

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 7
(Case No. 18-cv-00537-JLR)

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jessica L. Goldman, WSBA #21856
>Christopher T. Wion, WSBA #33207
>Teresa R. Rodela, WSBA #53571
>SUMMIT LAW GROUP PLLC
>315 Fifth Avenue South, Suite 1000
>Seattle, WA 98104
>***Attorneys for Defendant Seattle Times Company***
>
>Malaika M. Eaton, WSBA No. 32537
>Jehiel I. Baer, WSBA No. 46951
>McNAUL EBEL NAWROT & HELGREN PLLC
>600 University Street, Suite 2700
>Seattle, WA 98101
>***Attorneys for Defendant Charles Cobbs***
>
>John Q. Somerville, ASB-2342-E68
>SOMERVILLE, LLC
>300 Richard Arrington Jr. Blvd. North, Suite 710
>Birmingham, AL 35203
>***Attorney for Defendant Charles Cobbs***

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
Arthur W. Harrigan, Jr., WSBA #1751
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel:  (206) 623-1700
Fax:  (206) 623-8717
Email:  arthurh@harriganleyh.com

***Attorneys for Johnny B. Delashaw, Jr.***

STIPULATED MOTION AND [PROPOSED] ORDER TO
SEAL PLAINTIFF'S AMENDED COMPLAINT - 8
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717