UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., | CASE NO. C18-0537JLR |
| Plaintiff, | ORDER |
| v. | |
| SEATTLE TIMES COMPANY, | |
| Defendant. | |

Before the court is the parties' proposed stipulated protective order. The parties have asked the court to enter this stipulation as an order of the court. (*See* Stip. (Dkt. # 40).) The parties, however, have failed to comply with Local Rule 26(c)(2). *See* Local Rules W.D. Wash. LCR 26(c)(2). Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website." *Id.* "Parties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id.* The parties' proposed stipulated protective order departs significantly from the court's model order, but the parties have failed to

provide a red-lined version as required under the local rules. Accordingly, the court DENIES the parties' stipulated motion for entry of their agreed protective order (Dkt. # 40), but without prejudice to re-filing in a manner that comports with the court's local rules.

Dated this 31st day of August, 2018.

								  A
								  JAMES L. ROBART
								  United States District Judge