HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., | Case No. 18-cv-00537-JLR |
| Plaintiff, | |
| v. | DECLARATION OF JOHN LAYMAN |
| SEATTLE TIMES COMPANY, and CHARLES COBBS, | |
| Defendants. | |

I, JOHN LAYMAN, declare as follows:

1. I am over age 18 and competent to be a witness. I am making this declaration based on facts within my own personal knowledge.

2. At all times material to this motion, I represented Dr. Rod Oskouian.

3. By submitting this declaration, I do not intend to disclose any attorney client privileged information or work product. My sole intention is to provide the court with the basic facts giving rise to the 2017 joint defense and common interest agreement between Dr. Delashaw, Mr. Sabey, and Dr. Oskouian and the context for Dr. Oskouian's privileged communications with the Harrigan Leyh Farmer & Thomsen LLP law firm and other attorneys.

4. Dr. Oskouian was named in a series of articles published by the Seattle Times, beginning in February 2017. The articles concerned the Swedish Neuroscience Institute (SNI)

JOHN LAYMAN DECLARATION - 1
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700 FAX (206) 623-8717

and the Seattle Science Foundation (SSF) and contained false allegations concerning Dr. Oskouian in his capacities as the chief of spine surgery at SNI and the Board Chair and President of SSF.

5. As a result of the Times' articles, Dr. Oskouian was under investigation by the Washington Medical Quality Assurance Commission and was a subject of civil and criminal investigations by the United States Department of Justice. I consulted with Dr. Oskouian regarding both of those matters as I maintained an ongoing and longstanding attorney-client relationship with him as his personal attorney. Dr. Oskouian also had additional counsel, Robert Mahler, James Fredman, and Adrienne McKelvey, in those matters and I consulted with those attorneys as well as part of my ongoing attorney-client relationship with Dr. Oskouian. In addition, Dr. Oskouian consulted with me about potentially bringing a defamation lawsuit against the Seattle Times, in conjunction with Dr. Johnny Delashaw and David Sabey. We began to work with Art Harrigan and his partner Tyler Farmer, who represented Mr. Sabey and were consulting with Dr. Delashaw regarding a potential lawsuit against the Times. We also were working with Amy Magnano, who represented Dr. Delashaw in an ongoing MQAC licensure proceeding against him that was largely based on the allegations contained in the Times' articles, as was the MQAC investigation of my client, Dr. Oskouian. In addition, we were exploring with Mr. Sabey, Dr. Delashaw, and their counsel, legal strategies to prevent the Times from publication of future false stories involving them. The work included drafting responses to additional inquiries from Seattle Times reporters. These communications among the common interest group of Dr. Oskouian, Dr. Delashaw, Mr. Sabey and their attorneys, including any with Mr. Harrigan's firm and Ms. Magnano's firm, were undertaken pursuant to a mutual interest in devising means of addressing common factual support and legal strategies with respect to the ongoing MQAC investigation, DOJ investigation, and potential actions against the Times. At all relevant times, it was my expectation and that of my client, that all

JOHN LAYMAN DECLARATION - 2
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

communications involving members of the common interest group and their attorneys would be privileged and confidential and protected from disclosure by the common interest privilege.

6.  While Dr. Oskouian did not formally retain Mr. Harrigan's firm through a written engagement letter, we understood and agreed then that we were working with Mr. Harrigan's firm on a privileged and confidential basis in order to analyze potential claims against the Seattle Times and potentially others. We understood that Mr. Harrigan's firm would represent those participants who ultimately decided to file a lawsuit about the defamatory statements in the Seattle Times articles.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this __7__ day of January, 2019.

_____
JOHN LAYMAN

JOHN LAYMAN DECLARATION - 3
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered with the Court's ECF system for the above-captioned case.

DATED this 7th day of January, 2019

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Arthur W. Harrigan, Jr._
Arthur W. Harrigan, Jr., WSBA #1751
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: arthurh@harriganleyh.com

*Attorneys for Johnny B. Delashaw, Jr.*

JOHN LAYMAN DECLARATION - 4
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717