HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | Case No. 18-cv-00537-JLR <br><br> DECLARATION OF DAVID SABEY |

I, David Sabey, declare as follows:

1. I am over age 18 and competent to be a witness. I am making this declaration based on facts within my own personal knowledge.

2. I am the Chairman and President of Sabey Corporation, which I founded in Seattle around forty years ago. I am also a co-founder of the Seattle Science Foundation (SSF).

3. Sabey Corporation is a privately held real estate development and investment company. We specialize in developing mission critical and other technical space for the data center, medical and life sciences, education, government and military sectors. Since 2003, we have owned part of the Cherry Hill campus of Swedish Medical Center. The Seattle Neuroscience Institute (SNI) of Swedish is located at the Cherry Hill campus.

4. Over the past several decades, the Sabey Corporation and our family have been

DAVID SABEY DECLARATION - 1
(Case No. 18-cv-00537-JLR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

involved in several initiatives to improve our community and contribute to the advancement of science and education. Our efforts have included financial contributions to several universities and foundations, including the Institute for System Biology, Harvard Systems Biology Advisory Board, Providence Health System, Northwest Kidney Centers, Swedish Health System, University of Notre Dame, Seattle Science Foundation, University of Washington, Gonzaga University, and Seattle University. As part of our community engagement, we also have funded the Seattle Times Traffic Lab.

5. SSF began as a collaborative effort between Dr. Mark Reisman of Swedish's Heart and Vascular Institute, Joanie Block, former manager of Neuroscience Research and Education at SNI, and me. The common vision was: (a) a center for physician education and training, conducted in a neutral environment that would foster communication and collaboration among medical professionals and industry; and (b) a robust audio/visual production capability with access to an expansive international network and ample connectivity to transmit images and learning from the best in the medical world to those eager to learn, adopt, and improve upon their techniques. Today, SSF has achieved that vision, hosting events and training sessions, some of which are broadcast around the world.

6. In 2016 and 2017, I learned that the Seattle Times was contacting Swedish employees in search of information for articles about Swedish, the Swedish Neuroscience Institute (SNI), SNI surgeons, SSF, and Sabey Corporations's relationship with Swedish.

7. In February 2017 and May 2017, I read the Seattle Times articles about SNI and, based on my personal knowledge of many of the surgeons at SNI (including Dr. Delashaw and Dr. Oskouian) and SNI, I knew that the articles painted SNI in a false light (that SNI and its surgeons placed financial gain ahead of patient safety) and that the articles contained specific false statements about the surgeons and SNI. I was disappointed by the Times's articles, which had a devastating impact on SNI and particularly on the careers of Drs. Delashaw and Oskouian,

DAVID SABEY DECLARATION - 2
(Case No. 18-cv-00537-JLR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1   both of whom I know well through SSF and whom I respect as extraordinarily talented surgeons
2   and advocates for advancement of patient care.
3        8.    On July 18, 2017, the co-author of the articles, Mike Baker, called my office and
4   asked to speak me.  His inquiry confirmed our belief that Baker planned to continue targeting
5   SNI and specifically to write an article about me, my company, and/or SSF, and our long-
6   standing relationship with Swedish and SNI.
7        9.    At that point we sought legal advice from Art Harrigan, who has represented
8   Sabey Corporation and me personally in past commercial disputes.  I sought Mr. Harrigan and
9   his firm's advice on potential avenues to forestall an imminent attack targeting me, SSF, and my
10  company; among those avenues was a potential lawsuit, which I would be compelled to file if the
11  Times published articles akin to those it had published about SNI and Drs. Oskouian and
12  Delashaw.
13       10.   In the course of these efforts, it became clear that Dr. Delashaw, Dr. Oskouian,
14  my company, and I needed to share analysis of common legal and factual issues, get prepared to
15  definitively address potential areas of future misstatements by the Times, analyze common or
16  related legal questions, and coordinate these activities to avoid duplicative individual efforts.
17  While each participant had his own interest to protect and took issue with the defamatory
18  statements made or expected to be made that were about him, there was a considerable overlap in
19  both factual and legal questions.
20       11.   We began working together with Mr. Harrigan, his partner Tyler Farmer, and
21  other lawyers at Mr. Harrigan's firm, and, less frequently, with other lawyers defending Dr.
22  Delashaw in litigation arising from the aftermath of the Seattle Times articles to develop
23  information, legal analysis, and strategies that included preventing, or addressing, future
24  misleading coverage.  I understood and agreed that our communications with each other, others
25  at my company, Mr. Harrigan's firm, and other lawyers involved in the defense of Dr. Delashaw

DAVID SABEY DECLARATION - 3
(Case No. 18-cv-00537-JLR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1  would be privileged and confidential.  We reduced that agreement to writing in November 2017.  While I did not sign the agreement in November 2017, I had Tyler Farmer sign it on my behalf in December 2017.  The written agreement merely reflected our longstanding agreement to work together to protect ourselves from false reporting by the Seattle Times.

12. I worked with counsel to be prepared to take such action as was indicated based on the forthcoming article (published on December 18, 2017) and, in advance of publication, took steps to deter the Times from printing inaccuracies.  Those steps included providing the Times with accurate, detailed information about each of the topics about which the Times inquired.  We made certain the Times had the facts relating to the topics about which Mr. Baker was inquiring and that their possession of the facts was a matter of record.  Exhibit 1 to this declaration is a true and accurate copy of my communication to Mr. Baker on November 10, 2017, answering 14 questions that Mr. Baker had sent to me.  These answers were prepared with the help of counsel to ensure that we minimized the potential for the Seattle Times to mischaracterize the nature of the relationship between Sabey Corporation and SNI.

13. In connection with these efforts, I also personally advised the Seattle Times management that if any article about Sabey Corporation contained material inaccuracies along the lines of the articles about SNI and Dr. Delashaw, my response, including a potential legal response, would be swift and direct.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 7th day of January, 2019.

                                               s/ David Sabey
                                               DAVID SABEY

DAVID SABEY DECLARATION - 4
(Case No. 18-cv-00537-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered with the Court's ECF system for the above-captioned case.

DATED this 7th day of January, 2019.

                            HARRIGAN LEYH FARMER & THOMSEN LLP

                            By: *s/ Arthur W. Harrigan, Jr.*
                                Arthur W. Harrigan, Jr., WSBA #1751
                                999 Third Avenue, Suite 4400
                                Seattle, WA 98104
                                Tel:   (206) 623-1700
                                Fax:  (206) 623-8717
                                Email:  arthurh@harriganleyh.com

                          *Attorneys for Johnny B. Delashaw, Jr.*

DAVID SABEY DECLARATION - 5
(Case No. 18-cv-00537-JLR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717