Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY B. DELASHAW, JR.,

    Plaintiff,

v.

SEATTLE TIMES COMPANY and CHARLES COBBS,

    Defendants.

No. 18-cv-00537-JLR

STIPULATED MOTION AND [PROPOSED] ORDER TO ALLOW DEFENDANT CHARLES COBBS TO FILE AMENDED ANSWER

**NOTE ON MOTION CALENDAR: August 26, 2019**

## MOTION

Pursuant to Fed. R. Civ. P. 15(a)(2), all parties hereby stipulate and consent to Defendant Charles Cobbs ("Cobbs") filing an amended answer in the form attached as **Appendix A**. The parties reserve all respective rights concerning claims and defenses in this matter.

DATED this 26th day of August, 2019.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
    Malaika M. Eaton, WSBA No. 32837
    Jehiel I. Baer, WSBA No. 46951

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
meaton@mcnaul.com
jbaer@mcnaul.com

STIPULATED MOTION & ORDER TO ALLOW DEF. COBBS TO FILE AMEND. ANSWER (No. 18-cv-00537-JLR) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

SOMERVILLE, LLC

By: s/John Q. Somerville
    John Q. Somerville, *Admitted Pro Hac Vice*

300 North Richard Arrington Boulevard, Suite 710
Birmingham, Alabama 35203
(205) 871-2183
jqs@somervillellc.com

Attorneys for Defendant Charles Cobbs

HARRIGAN LEYH FARMER & THOMSEN LLP

By: s/Tyler Farmer
    Arthur W. Harrigan, Jr., WSBA No. 1751
    Tyler L. Farmer, WSBA No. 39912

999 Third Avenue, Suite 4400
Seattle, Washington 98104
arthurh@harriganleyh.com
tylerf@harriganleyh.com

LAW OFFICES OF IRWIN H. SCHWARTZ

By: s/Irwin H. Schwartz
    Irwin H. Schwartz, WSBA No. 4769

999 Third Avenue, Suite 4400
Seattle, Washington 98104
Irwin@ihschwartz.com

Attorneys for Plaintiff

SUMMIT LAW GROUP PLLC

By: s/Jessica L. Goldman
    Jessica L. Goldman, WSBA No. 21856
    Christopher T. Wion, WSBA No. 33207

315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104
jessicag@summitlaw.com
chrisw@summitlaw.com

Attorneys for Defendant Seattle Times Company

STIPULATED MOTION & ORDER TO ALLOW DEF. COBBS TO FILE AMEND. ANSWER (No. 18-cv-00537-JLR) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of August, 2019.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
    Malaika M. Eaton, WSBA No. 32837
    Jehiel I. Baer, WSBA No. 46951
    meaton@mcnaul.com
    jbaer@mcnaul.com

SOMERVILLE, LLC

By: s/John Q. Somerville
    John Q. Somerville, *Admitted Pro Hac Vice*
    jqs@somervillellc.com

Attorneys for Defendant Charles Cobbs

HARRIGAN LEYH FARMER & THOMSEN LLP

By: s/Tyler L. Farmer
    Arthur W. Harrigan, Jr., WSBA No. 1751
    Tyler L. Farmer, WSBA No. 39912
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com

LAW OFFICES OF IRWIN H. SCHWARTZ

By: s/Irwin H. Schwartz
    Irwin H. Schwartz, WSBA No. 4769
    Irwin@ihschwartz.com

Attorneys for Plaintiff

STIPULATED MOTION & ORDER TO ALLOW DEF.
COBBS TO FILE AMEND. ANSWER (No. 18-cv-00537-JLR) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| 1 | SUMMIT LAW GROUP PLLC |
| 2 | By:   s/Jessica L. Goldman |
| |       Jessica L. Goldman, WSBA No. 21856 |
| 3 |       Christopher T. Wion, WSBA No. 33207 |
| |       jessicag@summitlaw.com |
| 4 |       chrisw@summitlaw.com |
| 5 | Attorneys for Defendant Seattle Times Company |

STIPULATED MOTION & ORDER TO ALLOW DEF. COBBS TO FILE AMEND. ANSWER (No. 18-cv-00537-JLR) — Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

3847-002 lh13dm27gv.002 2019-08-26