HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | Case No. 18-cv-00537-JLR <br><br> NOTICE OF APPEARANCE <br><br> **<u>CLERK'S ACTION REQUIRED</u>** |

TO:        THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Caitlin Pratt of Harrigan Leyh Farmer & Thomsen LLP hereby appears on behalf of Plaintiff Johnny B. Delashaw, Jr. in the above-entitled action.

It is further requested that all papers and pleadings herein, except original process, shall be served upon the undersigned along with all others above-named.

DATED this 18th day of September, 2019.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Caitlin Pratt_
Caitlin Pratt, WSBA #48422
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Email: caitlinp@harriganleyh.com

*Attorney for Johnny B. Delashaw, Jr.*

NOTICE OF APPEARANCE - 1
(Case No. 18-cv-00537-JLR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jessica L. Goldman, WSBA #21856
>Christopher T. Wion, WSBA #33207
>SUMMIT LAW GROUP PLLC
>315 Fifth Avenue South, Suite 1000
>Seattle, WA 98104
>*Attorneys for Defendant Seattle Times Company*
>
>Malaika M. Eaton, WSBA No. 32537
>Jehiel I. Baer, WSBA No. 46951
>McNAUL EBEL NAWROT & HELGREN PLLC
>600 University Street, Suite 2700
>Seattle, WA 98101
>*Attorneys for Defendant Charles Cobbs*
>
>John Q. Somerville, ASB-2342-E68
>SOMERVILLE, LLC
>300 Richard Arrington Jr. Blvd. North, Suite 710
>Birmingham, AL 35203
>*Attorney for Defendant Charles Cobbs*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Caitlin Pratt*
Caitlin Pratt, WSBA #48422
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Email: caitlinp@harriganleyh.com

*Attorneys for Johnny B. Delashaw, Jr.*

NOTICE OF APPEARANCE - 2
(Case No. 18-cv-00537-JLR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717