UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, et al., <br><br> Defendants. | CASE NO. C18-0537JLR <br><br> ORDER SETTING BRIEFING SCHEDULE |

On June 4, 2020, counsel for Plaintiff Johnny B. Delashaw, Jr. and Defendant Seattle Times Company ("the Times") contacted chambers and requested a telephonic conference to resolve two discovery disputes pursuant to Local Civil Rule 7(i). *See* Local Rules W.D. Wash. LCR 7(i). The Times brings a dispute regarding the scope of a Rule 30(b)(6) deposition notice. *See* Fed. R. Civ. P. 30(b)(6). Mr. Delashaw brings a dispute regarding what he contends is a late production of documents from the Times that warrants a variety of forms of relief. The court concludes that these disputes are not

ORDER - 1

suitable for resolution via short letter briefs and the telephonic conference process provided by Local Civil Rule 7(i) without additional briefing.  Accordingly, the court declines to set a telephonic conference at this time.  Nevertheless, given the rapidly approaching discovery deadline, which the court has already extended, the court ORDERS the parties to comply with the following expedited briefing schedule to resolve the parties' disputes:

| Dr. Delashaw's Motion | The Times' Response | Dr. Delashaw's Reply, If Any, and Noting Date |
| --- | --- | --- |
| June 12, 2020 | June 17, 2020 | June 19, 2020 |
| **The Times' Motion** | **Dr. Delashaw's Response** | **The Times' Reply, If Any, and Noting Date** |
| June 12, 2020 | June 17, 2020 | June 19, 2020 |

Apart from the expedited schedule the court orders herein, the parties' submissions shall otherwise comply in full with the Federal Rules of Civil Procedure and the Local Civil Rules, including the page limits provided by Local Civil Rule 7(e).  *See* Local Rules W.D. Wash. LCR 7(e).

Dated this 8th day of June, 2020.

JAMES L. ROBART
United States District Judge