The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | CASE NO. 2:18-cv-00537-JLR <br><br> STIPULATION AND ORDER REGARDING THE SCHEDULING OF THE DELASHAW AND BAKER DEPOSITIONS |

Pursuant to the Court's Order on Motions to Extend Deposition of Mr. Delashaw and Mr. Baker, Dkt. # 154, Plaintiff Johnny B. Delashaw, Jr. and Defendant Seattle Times Company hereby stipulate that the additional 3.5 hours of deposition of Mr. Baker shall be completed on June 25, 2020, and the additional 3.0 hours of deposition of Dr. Delashaw shall be completed on June 30, 2020. Counsel for Defendant Dr. Charles Cobbs agrees to this schedule.

STIPULATED AND AGREED TO this 16th day of June, 2020.

///

//

/

STIPULATION AND ORDER REGARDING THE SCHEDULING OF THE DELASHAW AND BAKER DEPOSITIONS- 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| HARRIGAN LEYH FARMER & THOMSEN LLP<br>Attorneys for Plaintiff | SUMMIT LAW GROUP PLLC<br>Attorneys for Defendant Seattle Times Company |
| By: *s/ Tyler L. Farmer*<br>   Arthur W. Harrigan, Jr.<br>   Tyler L. Farmer<br>   Kristin E. Ballinger<br>   Harrigan Leyh Farmer & Thomsen LLP<br>   999 Third Avenue, Ste. 4400<br>   Seattle, WA 98104<br>   Email: *arthurh@harriganleyh.com*<br>   *tylerf@harriganleyh.com*<br>   *kristinb@harriganleyh.com* | By *s/Jessica L. Goldman*<br>   Jessica L. Goldman, WSBA #21856<br>   Christopher T. Wion, WSBA #33207<br>   Tanya Nesbitt, WSBA #56122<br>   Summit Law Group PLLC<br>   315 Fifth Avenue South, Suite 1000<br>   Seattle, WA 98104<br>   Telephone: (206) 676-7000<br>   Fax: (206) 676-7001<br>   Email: *jessicag@summitlaw.com,*<br>   *chrisw@summitlaw.com,*<br>   *tanyan@summitlaw.com* |
| MCNAUL EBEL NAWROT & HELGREN PLLC<br>Attorneys for Defendant Charles Cobbs | SOMERVILLE, LLC<br>Attorneys for Defendant Charles Cobbs |
| By: *s/ Malaika M. Eaton*<br>   Malaika M. Eaton<br>   Jehiel I. Baer<br>   McNaul Ebel Nawrot & Helgren PLLC<br>   600 University Street, Ste. 2700<br>   Seattle, WA 98101<br>   Email: *meaton@mcnaul.com*<br>   *jbaer@mcnaul.com* | By: *s/ John Q. Somerville*<br>   John Q. Somerville<br>   Somerville, LLC<br>   300 Richard Arrington Jr. Blvd. N., Ste. 710<br>   Birmingham, AL 35203<br>   Email: *JQS@Somervillellc.com* |

## ORDER

IT IS SO ORDERED.

DATED this 17th day of June, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING THE SCHEDULING OF THE DELASHAW AND BAKER DEPOSITIONS- 2
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001