HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | CASE NO. 2:18-cv-00537-JLR <br><br> ORDER GRANTING THE SEATTLE TIMES' MOTION FOR OVERLENGTH BRIEF RE MOTION TO EXCLUDE EXPERT TESTIMONY |

THIS MATTER having come before the Court on Defendant The Seattle Times' Motion for Overlength Brief Re Motion to Exclude Expert Testimony, and the Court having considered the Motion,

IT IS HEREBY ORDERED that The Seattle Times' Motion for Overlength Brief Re Motion to Exclude Expert Testimony is GRANTED. The Seattle Times is GRANTED leave to file an overlength brief of no more than 18 pages in support of its Motion to Exclude Expert Testimony, which is to be filed by July 8, 2020.

ORDER GRANTING THE SEATTLE TIMES' MOTION
FOR OVERLENGTH BRIEF RE MOTION TO EXCLUDE
EXPERT TESTIMONY - 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 8th day of July, 2020.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented By:*

SUMMIT LAW GROUP PLLC
Attorneys for Defendant Seattle Times Company

By *s/ Christopher T. Wion*
Jessica L. Goldman, WSBA #21856
Christopher T. Wion, WSBA #33207
Tanya Nesbitt, WSBA #33207
Lisa Herb, WSBA # 23161
315 Fifth Ave. S., Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000
Fax: (206) 676-7001
Email: jessicag@summitlaw.com
　　　chrisw@summitlaw.com
　　　tanyan@summitlaw.com
　　　lisah@summitlaw.com

ORDER GRANTING THE SEATTLE TIMES' MOTION
FOR OVERLENGTH BRIEF RE MOTION TO EXCLUDE
EXPERT TESTIMONY - 2
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001