# EXHIBIT 4

*Delashaw v Seattle Times Co., et al.*
USDC ~ WDWA Case No. 2:18-cv-00537 JLR

**DECLARATION OF JESSICA L. GOLDMAN**

**FILED UNDER SEAL**