The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY B. DELASHAW, JR.,

      Plaintiff,

v.

SEATTLE TIMES COMPANY, and
CHARLES COBBS,

      Defendants.

CASE NO. 2:18-cv-00537-JLR [AND ORDER]

STIPULATED MOTIONS IN LIMINE

**NOTED ON MOTION CALENDAR:**
**August 7, 2020**

STIPULATED MOTIONS IN LIMINE [2:18-cv-00537-JLR]

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   Plaintiff Johnny Delashaw, Defendant Charles Cobbs, and Defendant The Seattle Times
2   hereby jointly move *in limine* for entry of the following described orders. Pursuant to LCR
3   7(d)(4), the undersigned counsel certify that they conducted telephonic conferences with each
4   other on July 16 and July 20, 2020.

## I. STIPULATED MOTIONS IN LIMINE

### A. The Seattle Times' Insurance Coverage.

The Seattle Times is being defended and indemnified in this case pursuant to its insurance policies. Delashaw should not be permitted to raise the issue of insurance coverage before the jury, imply that The Seattle Times has no responsibility for any damages award, or that The Seattle Times has deep pockets that can absorb and pay damages.[1]

### B. Testimony Regarding Causation from Neal Beaton.

Delashaw's damages expert stated in his deposition that he would not be testifying at trial as to what caused Delashaw's alleged damages. The Court should prohibit Beaton from offering any such testimony.

### C. Exhibits Not Admitted or Permitted by the Court.

The parties move to exclude display of an exhibit to the jury unless they have either been disclosed in Pretrial Statements and properly admitted into evidence or the Court's permission to display it has been granted.

### D. Reference to Motions in Limine.

The parties move that (1) all parties be prohibited from making any reference to the motions in limine filed in this case and (2) all parties instruct their witnesses on the Court's in limine rulings.

---

[1] *See Ossur Holdings, Inc. v. Bellacure, Inc.*, No. C05-1552JLR, 2006 WL 5159198 (W.D. Wash. Aug. 30, 2006) (granting request to exclude insurance coverage); *Batista v. Supreme Alaska Seafood*, No. C04-1851L, 2005 WL 5980048 (W.D. Wash. Oct. 3, 2005) (motion for order prohibiting plaintiff from referring to insurance granted).

STIPULATED MOTIONS IN LIMINE - 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

E.  **Excluding All Nonparty Testifying Witnesses.**

Pursuant to FRE 615, all nonparty testifying witnesses should be excluded from the courtroom including family members, friends, current or former colleagues, and testifying experts.[2]

## II.  CONCLUSION

All parties by and through their counsel respectfully move for entry of the above orders *in limine*.

DATED this 20th day of July, 2020.

| HARRIGAN LEYH FARMER & THOMSEN LLP<br>Attorneys for Plaintiff | SUMMIT LAW GROUP PLLC<br>Attorneys for Defendant Seattle Times Company |
|---|---|
| By: *s/ Tyler L. Farmer*<br>    Arthur W. Harrigan, Jr.<br>    Tyler L. Farmer<br>    Kristin E. Ballinger<br>    HARRIGAN LEYH FARMER & THOMSEN LLP<br>    999 Third Ave., Ste. 4400<br>    Seattle, WA 98104<br>    Email: *arthurh@harriganleyh.com*<br>        *tylerf@harriganleyh.com*<br>        *kristinb@harriganleyh.com* | By *s/Jessica L. Goldman*<br>    Jessica L. Goldman, WSBA #21856<br>    Christopher T. Wion, WSBA #33207<br>    Tanya Nesbitt, WSBA #56122<br>    SUMMIT LAW GROUP PLLC<br>    315 Fifth Ave. South, Suite 1000<br>    Seattle, WA 98104<br>    Telephone: (206) 676-7000<br>    Email: *jessicag@summitlaw.com,*<br>        *chrisw@summitlaw.com,*<br>        *tanyan@summitlaw.com* |
| LAW OFFICES OF IRWIN H. SCHWARTZ<br>Attorneys for Plaintiff | MCNAUL EBEL NAWROT & HELGREN PLLC<br>Attorneys for Defendant Charles Cobbs |
| By: *s/ Irwin H. Schwartz*<br>    Irwin H. Schwartz<br>    LAW OFFICES OF IRWIN H. SCHWARTZ<br>    999 Third Avenue, Ste. 4400<br>    Seattle, WA 98104<br>    Email: *irwin@ihschwartz.com* | By: *s/ Malaika M. Eaton*<br>    Malaika M. Eaton<br>    Jehiel I. Baer<br>    MCNAUL EBEL NAWROT & HELGREN PLLC<br>    600 University Street, Ste. 2700<br>    Seattle, WA 98101<br>    Email: *meaton@mcnaul.com*<br>        *jbaer@mcnaul.com* |
| SOMERVILLE, LLC<br>Attorneys for Defendant Charles Cobbs | |

---

[2] *See Hopkins v. Integon Gen. Ins. Co.*, No. C18-1723 MJP, 2020 WL 3888253, *3 (W.D. Wash. July 10, 2020)

STIPULATED MOTIONS IN LIMINE - 2
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  By: *s/ John Q. Somerville*
2     John Q. Somerville
       SOMERVILLE, LLC
3      300 Richard Arrington Jr. Blvd. N., Ste. 710
       Birmingham, AL 35203
4      Email: *JQS@Somervillellc.com*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTIONS IN LIMINE - 3
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1                      [~~PROPOSED~~] **ORDER**

2    Pursuant to the foregoing Stipulated Motion, IT IS SO ORDERED.

3    DATED this 6th day of October, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTIONS IN LIMINE - 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001