Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>SEATTLE TIMES COMPANY and<br>CHARLES COBBS,<br><br>    Defendants. | No. 18-cv-00537-JLR<br><br>ORDER GRANTING DEFENDANT<br>CHARLES COBBS' MOTION TO<br>SEAL<br><br>**CLERK'S ACTION REQUIRED** |

Pending before the Court is Defendant Charles Cobbs' ("Dr. Cobbs") Sealed Motion to Seal (Dkt. # 183), and the redacted Motion to Seal (Dkt. # 205). In connection with the Motion, the Court reviewed and considered the following:

1. Defendant Charles Cobbs' Motions to Seal;
2. Declaration of Jehiel I. Baer in Support of Defendant Charles Cobbs' Second Motion to Seal (with Exhibits 1-3 attached thereto);
3. Plaintiff's response and supporting documents, if any;
4. Defendant's reply and supporting documents, if any;
5. Response of intervenor Swedish Health Services (Dkt. # 233) ;
6. Response of Plaintiff Mr. Delashaw (Dkt. # 234) ; and
7. Brief of Dr. Oskouian (Dkt. # 237) .

ORDER GRANTING DEF. COBBS' MOT. TO SEAL
(Case No. 18-cv-00537-JLR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1  The Court also reviewed the records on file herein. And being otherwise fully advised,
2  now, therefore,
3     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
4  Charles Cobbs' Motions to Seal Exhibit A of the Declaration of Malaika Eaton and
5  portions of Defendant Dr. Cobbs's second motion for summary judgment that excerpt
6  from the exhibit is GRANTED.
7     IT IS SO ORDERED.
8     DATED this 7th day of October 2020.

Honorable James L. Robart
United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton

   Malaika M. Eaton, WSBA No. 32837
   Jehiel I. Baer, WSBA No. 46951

SOMERVILLE, LLC

By: s/John Q. Somerville

   John Q. Somerville, *Admitted Pro Hac Vice*

ORDER GRANTING DEF. COBBS' MOT. TO SEAL
(Case No. 18-cv-00537-JLR) – Page 2

3847-002 jg085j27z3 2020-07-08

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816