THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | CASE NO. 2:18-cv-00537-JLR <br><br> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SEATTLE TIMES' PROVISIONAL MOTION TO SEAL |

THIS MATTER having come before the Court on Defendant Seattle Times' Motion to Seal, and the Court having reviewed the motion, the response of Plaintiff Dr. Delashaw, Defendant Dr. Cobbs, and any interested nonparties, the reply of the Seattle Times Company, and the records herein, and being fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Therefore, the Court GRANTS in part and DENIES in part the Seattle Times Company's Provisional Motion to Seal (Dkt. # 198) pending consideration on the merits by the Court. The Clerk of the District Court is instructed to maintain under seal the documents provisionally filed under seal, including the unredacted version of the Seattle Times' Second Motion for Summary Judgment, Exhibits 9-10, 62, 66, 81-82, and 85 to the July 8, 2020 Declaration of Jessica L. Goldman, and the July 1, 2020 Declaration of Eve Rachelle Daugherty and Exhibits A-D attached thereto. The court ORDERS the Seattle Times to refile

versions of Exhibits 4, 38, 44, 57-58, 66, 69-70, 74, and 83-84 to the July 8, 2020 Declaration of Jessica L. Goldman without seal within seven days of the filing date of this order.

IT IS SO ORDERED.

DATED this 7th day of October, 2020.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE