# EXHIBIT 4

*Delashaw v Seattle Times Co., et al.*
USDC ~ WDWA Case No. 2:18-cv-00537 JLR

**DECLARATION OF JESSICA L. GOLDMAN**

| | |
|---|---|
| **From:** | Cosentino, Andy |
| **Sent:** | Tuesday, August 12, 2014 10:16 AM PDT |
| **To:** | Fouke, Sarah Jost; Nora, Peter |
| **CC:** | Daugherty, Rachelle; Waters, Michael W; Newell, David; Cobbs, Charles; Backous, Douglas; Hanscom, David; Delashaw, Johnny; Monteith, Stephen; Hsiang, John; Oskouian, Rod |
| **Subject:** | RE: The SNI Program Pool |

*Sarah, you are correct. To the extent any monies have been withdrawn from your paycheck (toward the SNI Program Pool), or that of your colleagues, it will need to be returned. Rachelle, can your team facilitate this reconciliation. Thanks………………………AC*

**Andy Cosentino PT, MBA, FACHE**
Vice President, Swedish Neuroscience Institute

550 17th Ave, Suite 500
Seattle, Wa.   98122
Office (206) 320-3584
Mobile (520) 481-8981

**From:** Fouke, Sarah Jost (Sarah Jost, MD)
**Sent:** Tuesday, August 12, 2014 9:53 AM
**To:** Cosentino, Andy; Nora, Peter
**Subject:** RE: The SNI Program Pool

Andy,

It may be a small amount, but monies for the pool have been withdrawn from our compensation for all months dating back to March. I assume that this will be returned to the neurosurgeons at the next pay check and the withdrawls will stop until we have a mechanism for re-instituting some mechanism for shared pooling and / or co management?

Thanks so much - this is unfortunate but not entirely unexpected.

Sarah

**From:** Cosentino, Andy
**Sent:** Tuesday, August 12, 2014 9:34 AM
**To:** Mayberg, Marc; Newell, David; Nora, Peter; Hsiang, John; Fouke, Sarah Jost (Sarah Jost, MD); Cobbs, Charles; Backous, Douglas; Hanscom, David; Oskouian, Rod; Delashaw, Johnny; Monteith, Stephen
**Cc:** Waters, Michael W; Daugherty, Rachelle; Strumwasser, Todd; Kim, Peter H; Bromen, Colleen
**Subject:** The SNI Program Pool

*Dear surgeons, This communication concerns the SNI Program Pool that was delineated in Section 2, Exhibit B of your recent compensation amendments. As you know, the SNI Program Pool was contemplated as a vehicle by which we could begin to construct a "co-management" function, from which dollars contributed by both physicians and the institution would be*

CONFIDENTIAL   JDEL_007571

targeted toward program enhancements.   But, also as delineated in Section 2., the Program Pool would only be implemented "if, and only if, all Swedish employed neurosurgeons agreed to participate".

Although the majority of surgeons agreed to the SNI Program Pool, there was not unanimous consensus.   Hence, by contract, we will not be creating the SNI Program Pool.    Having said that, I will be working with the Foundation in the weeks to come to investigate other means of creating a similar program pool.

Swedish continues to be interested in establishing a vehicle by which its surgeons and the Institute can come together, with shared risk, to co-manage a funding source for the betterment of its programs and services.  But, at this juncture it will not take the shape or form contemplated in the Amendment to the Physician Employment Agreement.

Please feel free to call me should you have any questions or concerns.  Thank you……………………AC

*Andy Cosentino PT, MBA, FACHE*
Vice President, Swedish Neuroscience Institute
550 17th Ave, Suite 500
Seattle, Wa.   98122
Office (206) 320-3584
Mobile (520) 481-8981

CONFIDENTIAL