# EXHIBIT 38

*Delashaw v Seattle Times Co., et al.*
USDC ~ WDWA Case No. 2:18-cv-00537 JLR

**DECLARATION OF JESSICA L. GOLDMAN**

Case 2:18-cv-00537-JLR   Document 271   Filed 10/12/20   Page 2 of 4

| | |
|---|---|
| **From:** | Charles Cobbs <charles.cobbs@gmail.com> |
| **To:** | Catherine Ivy |
| **Sent:** | 11/19/2016 2:14:47 AM |
| **Subject:** | Letter of concern |
| **Attachments:** | Nov 18.docx |

Hi Catherine
It was great seeing you yesterday. We are really doing great work at Swedish and the Ivy Center is thriving. As I deal with the turmoil of our chairman Dr. Delashaw, I think it would be helpful to send a cautionary letter, if you believe it is appropriate, to the Swedish CEO, Tony Armada, Jay Vogelsang, President of the Swedish Foundation, and Scott Harrison, chair of the Swedish Foundation Board. I have listed their emails below with my Swedish email, and have pasted bio's of them. I have also drafted a brief letter (attached) that you might consider working off of. I look forward to doing continued breakthrough work on glioblastoma with your help.  Thanks for everything, and I'd love to try one of your desserts one of these days!
Most Sincerely
Charles


charles.cobbs@swedish.org
sharrison@open-sq.com
jay.vogelsang@swedish.org
tony.armada@swedish.org


# Anthony Armada, FACHE

## Chief Executive

Anthony A. "Tony" Armada is chief executive of Swedish Health Services. Prior to joining Swedish in November of 2013, Armada served as president for Advocate Lutheran General Hospital and Advocate Lutheran General Children's Hospital. Lutheran General is one of the flagship hospitals of Advocate Health Care, the largest health-care provider in Illinois.


Anthony Armada

Before joining Advocate Lutheran General, Armada was president and chief executive officer for Henry Ford Hospital and Health Network in Detroit, Mich. from 2004 to 2009. He also served as senior vice president and area manager for Kaiser Permanente's metropolitan Los Angeles service area from May 2000 to May 2004, and has held diverse senior leadership roles in his 29 years in the health-care field.

In 2012, Armada was appointed president of the Healthcare Executives Study Society, a voluntary educational organization for health-care professionals. In 2011 he became a member of the American Hospital Association's Equity of Care Committee. He was also appointed to the board of trustees of the Kohl Children's Museum of Greater Chicago in 2010. As Armada values diversity in health-care leadership, he has also served as chairman of the board for the Institute for Diversity in Healthcare

ATTORNEYS' EYES ONLY                                                                                          COBBS00000903

Management. In November 2007 he was appointed the inaugural chairman of the newly formed Asian Healthcare Leaders Association, a national organization which promotes lifelong learning, coaching and mentoring, career development and networking opportunities in collaboration with the Institute for Diversity, American Hospital Association and the American College of Healthcare Executives.

In 2008, 2010 and 2014, Armada was selected as one of the Top 25 Minority Executives by *Modern Healthcare* magazine. He was the recipient of the ACHE 2011 Dean Conley Award for his article, "Diversity in Healthcare: Time to Get REAL!," published in the spring 2010 issue of *Frontiers of Health Services Management.*

Armada has served on the Xavier University President Council and Graduate Program in Health Services Administration Advisory Board, and Michigan State University Dean's Board of Advisors in the College of Natural Science. He serves as a mentor for the American College of Healthcare Executives and other resident/fellowship programs.

Armada received his bachelor's degree in human medicine-medical technology from Michigan State University, and his dual master's degree in hospital administration and business administration from Xavier University in Cincinnati, Ohio. He is a fellow of the American College of Healthcare Executives and a member of the Healthcare Executives Study Society.

## President and Chief Development Officer

Harold A. (Jay) Vogelsang, CFRE, joined Swedish in December 2015 as the president and chief development officer of Swedish Medical Center Foundation. Vogelsang comes to Swedish with 30 years of leadership experience in fundraising for large, complex medical centers.

jay_vogelsang

In 2013, Vogelsang was recruited to the University of Utah Health Sciences where he oversaw the fundraising efforts for the university's comprehensive academic medical center, including the School of Medicine, several professional colleges, hospitals, and clinics.

Vogelsang joined the Mayo Clinic in 2005 as the assistant chair for development, beginning a tenure when he participated in the most successful eight-year fundraising period in Mayo Clinic history. Vogelsang designed, led, and managed the institution's first comprehensive fundraising campaign which realized more than $2 billion in gifts over a five-year period to support patient care at Mayo.

Prior to Mayo, Vogelsang was the vice president for development at his alma mater, Carroll College, and held the post of vice president for development and planned and major gifts at Special Olympics Montana. Vogelsang launched his fundraising career at Montana Tech of the University of Montana, raising money for the university's well-known engineering school.

Before starting his fundraising career, Vogelsang was a high school teacher leading courses in English, accounting, business law, and computer science. He also served as a coach for several athletic programs including basketball, track, and football where got his fundraising feet wet when he asked for donations for the high school athletic programs.

*J. Scott Harrison, Chair*

ATTORNEYS' EYES ONLY                                                                                                    COBBS00000904

Scott Harrison is chair of the Swedish Foundation Board of Governors. He has been on the Swedish Foundation Board of Governors since 2000 when Providence Seattle Medical Center merged with Swedish. On the Swedish Board he has served as vice chair. He served on the Providence board for six years in the capacity of board development and as board chair. Harrison is currently chief executive officer of Barclay Dean Inc, and he has 20 years of general management experience with Honeywell. He has also served on the executive committee of Junior Achievement, is past chair of the board of governors for the Fred Hutchinson Cancer Research Center and is a board member of the Bellevue Chamber of Commerce.

ATTORNEYS' EYES ONLY                                                                                                       COBBS00000905