The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TIMES COMPANY, and CHARLES COBBS, <br><br> Defendants. | Case No. 2:18-cv-00537-JLR <br><br> **ORDER ON DR. ROD OSKOUIAN'S MOTION TO SEAL BRIEF IN SUPPORT OF DEFENDANT COBBS'S MOTION TO SEAL** <br><br> **CLERK'S ACTION REQUIRED** |

Pending before the Court is interested party Dr. Rod Oskouian's ("Dr. Oskouian") Motion to Seal (the "Motion"). In connection with the Motion, the Court reviewed and considered the following:

1. Dr. Oskouian's Motion to Seal Brief in Support of Dr. Cobbs's Motion to Seal;

2. Dr. Cobbs's Motion To Seal (Dkt. 205);

3. Dr. Oskouian's Brief in Support of Defendant Cobbs's Motion to Seal;

4. Defendants' response to Dr. Oskouian's Motion to Seal and supporting documents, if any;

5. Plaintiffs' response to Dr. Oskouian's Motion to Seal and supporting documents, if any; and

6. Dr. Oskouian's reply in support of his Motion to Seal and supporting documents, if any.

[PROPOSED] ORDER ON DR. ROD OSKOUIAN'S MOTION TO SEAL BRIEF IN SUPPORT OF DEFENDANT COBBS'S MOTION TO SEAL – 1
(Case No. 2:18-cv-00537-JLR)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

The Court also reviewed the records on file herein.  And being otherwise fully advised, now therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Dr. Rod Oskouian's Motion to Seal Brief In Support of Defendant Cobbs's Motion to Seal is:

GRANTED.

IT IS SO ORDERED.

DATED this 14th day of October, 2020.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

POLSINELLI PC

By: */s/Jim J. Fredman*
Jim J. Fredman, WSBA# 30110
1000 Second Ave., Suite 3500
Seattle, WA 98104
Tel: (206) 393-5400
Email: jim.fredman@polsinelli.com

By: */s/Brian McEvoy*
Brian McEvoy (*Pro Hac Vice* Pending)
1201 W. Peachtree Street NW, Suite 1100
Atlanta, GA 30309
Tel: (404) 253-6021
Email: bmcevoy@polsinelli.com
*Attorneys for Dr. Rod Oskouian*

[PROPOSED] ORDER ON DR. ROD OSKOUIAN'S MOTION TO SEAL BRIEF
IN SUPPORT OF DEFENDANT COBBS'S MOTION TO SEAL – 2
(Case No. 2:18-cv-00537-JLR)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400