Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY B. DELASHAW, JR.,

                                        Plaintiff,

        v.

SEATTLE TIMES COMPANY and
CHARLES COBBS,

                                        Defendants.

No. 18-cv-00537-JLR

ORDER ON DEFENDANT COBBS'
MOTION TO SEAL (1) REPLY IN
SUPPORT OF SECOND MOTION
FOR SUMMARY JUDGMENT AND
(2) REPLY RE OSKOUIAN BRIEF
IN SUPPORT OF MOTION TO
SEAL

**CLERK'S ACTION REQUIRED**

        Pending before the Court is Defendant Charles Cobbs' ("Dr. Cobbs") Motion to

Seal (1) Reply in Support of Second Motion for Summary Judgment and (2) Reply re

Oskouian Brief in Support of Motion to Seal (the "Motion").  In connection with the

Motion, the Court reviewed and considered the following:

        1.      Defendant Cobbs' Motion to Seal (1) Reply in Support of Second Motion
                for Summary Judgment and (2) Reply re Oskouian Brief in Support of
                Motion to Seal;

        2.      Plaintiff's response and supporting documents, if any; and

        3.      Dr. Cobbs' reply and supporting documents, if any.

The Court also reviewed the records on file herein.  And being otherwise fully advised,

now, therefore,

ORDER ON DEF. COBBS' MOT. TO SEAL (1) REPLY ISO
2ND MOT. FOR SUMM. J. AND (2) REPLY RE OSKOUIAN
BRIEF ISO MOT. TO SEAL (No. 18-cv-00537-JLR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant

2  Cobbs' Motion to Seal (1) Reply in Support of Second Motion for Summary Judgment

3  and (2) Reply re Oskouian Brief in Support of Motion to Seal (Dkt. # 246) is:

4    GRANTED.

5    IT IS SO ORDERED.

6    DATED this 16th day of October, 2020.

7

8

9    _____
     Honorable James L. Robart
10   United States District Court Judge

11

12

13  Presented by:

14  McNAUL EBEL NAWROT & HELGREN PLLC

15  By:   s/Malaika M. Eaton
          _____
          Malaika M. Eaton, WSBA No. 32837
16        Jehiel I. Baer, WSBA No. 46951]
          meaton@mcnaul.com
17        jbaer@mcnaul.com

18  SOMERVILLE, LLC

19  By:   s/John Q. Somerville
          _____
          John Q. Somerville, *Admitted Pro Hac Vice*
20        jqs@somervillellc.com

21  Attorneys for Defendant Charles Cobbs

22

23

24

25

26

ORDER ON DEF. COBBS' MOT. TO SEAL (1) REPLY ISO
2ND MOT. FOR SUMM. J. AND (2) REPLY RE OSKOUIAN
BRIEF ISO MOT. TO SEAL (No. 18-cv-00537-JLR) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816