THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY B. DELASHAW, JR.,

                Plaintiff,

     v.

SEATTLE TIMES COMPANY, and
CHARLES COBBS,

                Defendants.

CASE NO. 2:18-cv-00537-JLR

ORDER GRANTING DEFENDANT SEATTLE TIMES' MOTION TO SEAL (DKT. #257)

THIS MATTER having come before the Court on Defendant Seattle Times' Motion to Seal (Dkt. #257), and the Court having reviewed the motion, the response of Plaintiff Dr. Delashaw, Defendant Dr. Cobbs, and any interested nonparties, the reply of the Seattle Times Company, and the records herein, and being fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Therefore, the Court GRANTS the Seattle Times Company's Motion to Seal pending consideration on the merits by the Court. The Clerk of the District Court is instructed to maintain under seal the unredacted version of The Seattle Times' Reply in Support of its Second Motion for Summary Judgment (Dkt. #258), which was provisionally filed under seal.

ORDER GRANTING DEFENDANT SEATTLE TIMES'
MOTION TO SEAL (DKT. #257) - 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

IT IS SO ORDERED.

DATED this 16th day of October, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Defendant Seattle Times Company

By *s/Jessica L. Goldman*
   Jessica L. Goldman, WSBA #21856
   Christopher T. Wion, WSBA #33207
   Tanya Nesbitt, WSBA #56122
   315 Fifth Ave. S., Suite 1000
   Seattle, WA 98104
   Tel: (206) 676-7000
   Email: jessicag@summitlaw.com,
   chrisw@summitlaw.com,
   tanyan@summitlaw.com

ORDER GRANTING DEFENDANT SEATTLE TIMES'
MOTION TO SEAL (DKT. #257) - 2
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001