UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>SEATTLE TIMES COMPANY, et al.,<br><br>          Defendants. | CASE NO. C18-0537JLR<br><br>ORDER REGARDING PROVISIONALLY SEALED SUMMARY JUDGMENT ORDER |

Before the court is the joint statement of Plaintiff Johnny B. Delashaw, Jr., Defendant Seattle Times Company ("the Times"), Defendant Charles Cobbs, and interested party Swedish Health Services ("Swedish") regarding proposed redactions to the court's provisionally sealed order on summary judgment. (*See* Joint Statement (Dkt. # 294); 11/18/20 Order (Dkt. # 285 (sealed)).) The parties do not agree on the extent to which the court's summary judgment order should be redacted. (*See* Joint Statement at 4-20.) Swedish seeks to redact nine excerpts from the court's order. (*See id.*) The Times

ORDER - 1

opposes each of those proposed redactions, and Dr. Cobbs joins each of the Times' objections. (*See id.*) Depending on the proposed redaction, Dr. Delashaw either "defers to Swedish's position" or "takes no position." (*See id.*)

Seven of Swedish's nine proposed redactions involve documents the court has already determined should remain under seal and many were redacted in the court's previous order on summary judgment. (*See id.* (proposed redactions 1-6, 9); *see also* 6/25/20 Joint Statement (Dkt. # 180) (proposing redactions to the court's prior order on summary judgment); 7/14/20 Order (Dkt. # 206) (allowing redactions to excerpts of the exhibits referenced in proposed redactions 1-6).) The court concludes that these seven proposed redactions are in accordance with this court's prior sealing orders because they apply to excerpts of sealed exhibits or the court's discussion of those sealed exhibits. (*See* Joint Statement at 4-20.) In contrast, the objections from the Times and Dr. Cobbs seek a second, or even third, bite at the sealing apple. (*See id.*; *see also* 7/14/20 Order at 2.) Thus, the court rejects those objections and accepts proposed redactions 1-6 and 9.

Two of Swedish's proposed redactions involve excerpts of deposition testimony that Swedish did not mark as confidential and were included in documents filed in open court several months ago. (*See* Joint Statement at 14-18 (proposed redactions 7 & 8); *see also* Dkt. ## 108, 193, 196-3, 196-5 (unsealed documents containing the excerpts and quotations).) As such, the court does not find it proper to redact these statements and rejects proposed redactions 7 and 8.

The court has recently filed an amended version of its order on summary judgment. (*See* 12/11/20 Order (Dkt. # 298) (sealed).) This order does not amend any

language covered by the proposed redactions.  (*See generally id.*; Joint Statement.)  Thus, the court DIRECTS parties to file a version of the amended order (Dkt. # 298) that includes the court's accepted redactions within seven days of the filing of this order.

Dated this 15th day of December, 2020.

JAMES L. ROBART
United States District Judge