The Honorable James L. Robart

Notice of Cross-Appeal to Court of Appeals
From a Judgment of a District Court

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY B. DELASHAW, JR.,

    Plaintiff,

v.

SEATTLE TIMES COMPANY, and CHARLES COBBS,

    Defendants,

and

SWEDISH HEALTH SERVICES,

    Intervenor.

CASE NO. 2:18-cv-00537-JLR

SEATTLE TIMES COMPANY'S NOTICE OF CROSS APPEAL

    The Seattle Times Company cross-appeals to the United States Court of Appeals for the Ninth Circuit Court from those portions of the final order entered on January 20, 2021 (Dkt. #306) and any and all prior judgments, rulings, findings, orders and/or conclusions decided adversely to The Seattle Times (in whole or in part), including without limitation: 8/23/18 Order on Motions to Dismiss (Dkt #39), 1/30/19 Minute Entry (Dkt #80), 5/28/20 Order Granting in Part and Denying in Part Motions to Seal (Dkt #155), 7/14/20 Order Regarding Provisionally Sealed Summary Judgment Order (Dkt #206), 10/30/20 Order Granting in Part and Denying in Part Defendant

SEATTLE TIMES CO.'S NOTICE OF CROSS APPEAL - 1
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Seattle Times' Motion to Exclude Expert Opinions (Dkt #284), and 12/15/20 Order Regarding

2  Provisionally Sealed Summary Judgment Order (Dkt #299).

3        DATED this 25th day of February, 2021.

4                      Respectfully submitted,

5                      SUMMIT LAW GROUP PLLC
                    Attorneys for Defendant Seattle Times Company
6

7                      By *s/ Jessica L. Goldman*
                       *s/ Christopher T. Wion*
8                      Jessica L. Goldman, WSBA #21856
                    Christopher T. Wion, WSBA #33207
9                      315 Fifth Ave., S., Ste. 1000
                    Seattle, WA  98104
10                     Tel: (206) 676-7000
                    *jessicag@summitlaw.com*
11                     *chrisw@summitlaw.com*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SEATTLE TIMES CO.'S NOTICE OF CROSS APPEAL - 2
CASE NO. 2:18-cv-00537-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Johnny B. Delashaw, Jr. |

Name(s) of counsel (if any):

| |
|---|
| Arthur W. Harrigan, Jr., Tyler L. Farmer, Kristin E. Ballinger, Caitlin Pratt |

Address: 999 Third Ave., Suite 4400, Seattle, WA  98104

Telephone number(s): (206) 623-1700

Email(s): arthurh@harriganleyh.com; tylerf@harriganleyh.com; kristinb@harriga

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| The Seattle Times Company |

Name(s) of counsel (if any):

| |
|---|
| Jessica L. Goldman, Christopher T. Wion |

Address: 315 Fifth Ave., Suite 1000, Seattle, WA  98104

Telephone number(s): (206) 676-7000

Email(s): jessicag@summitlaw.com; chrisw@summitlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Swedish Health Services, Intervenor

Name(s) of counsel (if any):
Kevin C. Baumgardner; Steven W. Fogg; Jeff Bone

Address: 1001 Fourth Ave., Suite 2900, Seattle, WA  98154

Telephone number(s): (206) 625-8600

Email(s): kbaumgardner@corrcronin.com, sfogg@corrcronin.com; jbone@corrcr

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*