HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES COBBS, <br><br> Defendant. | NO. 18-cv-00537-JLR <br><br> LCR 39.1 NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to CR 39.1(c)(7), notice is hereby given that the parties have participated in mediation and that the case is now resolved.

Dated this 18th day of November, 2021.

*Paris K. Kallas*
_____
Judge Paris K. Kallas, ret.
39.1 Mediator

LCR 39.1 NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

NO. 18-cv-00537-JLR

Judicial Dispute Resolution, LLC
1425 Fourth Ave., Suite 300
Seattle, WA  98101
Office: 206-223-1669
www.jdrllc.com